In the Matter of the Estate of EDWARD W. BROWNING, Deceased.

TITLE GUARANTEE AND TRUST COMPANY, as Executor of EDWARD W. BROWNING, Deceased, Appellant; BERNICE HACKMAN et al., Respondents.

Argued May 27, 1940; decided June 11, 1940.

*Joseph V. McKee* and *William T. Griffin* for appellant.

*Leo Eckman* and *Hyman J. Reit* for respondents.

Appeal dismissed, with costs, on the ground the order is not final. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.